```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

RICHARD WATKINS,                :
                                :
    Plaintiff,                  :
                                :
v.                              :     CIVIL ACTION 06-0732-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
    Defendant.                  :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Richard Watkins and against Defendant Michael J. Astrue.

DONE this 23rd day of May, 2007.

                                                  s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE