```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

RICHARD C. WATKINS,                   :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 06-0732-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :


## JUDGMENT

It is **ORDERED, ADJUDGED and DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** a fee in the amount of $893.50 for his services before this Court. It is **FURTHER ORDERED** that Plaintiff's attorney be allowed to retain the higher amount of $2,314.36, which sum represents the EAJA fee previously awarded, and pay to Plaintiff the smaller sum of $893.50.

    DONE this 30th day of July, 2008.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE